THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Keystone
 Legends I, L.P. Appellant,
 v.
 Charleston County Assessor, Respondent.
 
 
 

Appeal from Charleston County
 Roger M. Young, Circuit Court Judge
Memorandum Opinion No.  2009-MO-030
Heard May 27, 2009  Filed June 15, 2009
AFFIRMED

 
 
 
 Kenneth
 C. Krawcheck, of Krawcheck Law Firm, of Charleston, for Appellant.
 Joseph
 Dawson, III, and Bernard E. Ferrara, Jr., both of North Charleston, for
 Respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220 (b)(1),
 SCACR, and the following authority: Hull v. Spartanburg County Assessor,
 372 S.C. 420, 641 S.E.2d 909 (Ct. App. 2007).
TOAL, C.J., WALLER, PLEICONES, BEATTY and 
KITTREDGE,
 JJ., concur.